UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re                                        )
                                             )
    PAULA MARIE FRANK,            )   Case Number 6:11-bk-11246-ABB
                                             )   Chapter 7
        Debtor(s).                )

<u>NOTICE OF TRUSTEE'S INTENTION TO SELL PROPERTY OF THE ESTATE</u>

Leigh Richard Meininger, trustee of the above captioned debtor estate, hereby gives notice of a proposed sale of property of the estate and shows:

1.    Property of the estate includes the estates interest in Household Goods valued by the debtor at $985.00; a Scott Trade Account valued by the debtor at $1,078.00; a Franklin Fund Account valued by the debtor at $804.91 (collectively the "Property").

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket[1]. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 W. Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy on Leigh Richard Meininger, attorney for the trustee, Post Office Box 1946, Orlando, Florida 32802-1946.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

---

[1] Unless otherwise stated, the date of docketing is the same as the date of service below.

2. The trustee has valued the Property as follows: Household Goods at $700.00; Scott Trade account at $800.00; and the Franklin Funds Account at $500.00.

3. The trustee has received an offer to purchase the Property from Paula Marie Frank, 3245 Lusitania Lane, Indialantic, Florida 32903, for $2,000.00 which the trustee has already received.

4. The trustee is unaware of any liens on the Property. The sale is being made subject to all liens and encumbrances. There may be other encumbrances that the trustee is not aware of.

5. The Property is being sold "as is, where is" with no warranties of any kind "express, implied or otherwise." It is the buyers' responsibility to examine title or otherwise identify any encumbrances on the Property not disclosed in 4 above. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.

6. The trustee will entertain any higher bids for the purchase of the Property described in 1 above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price plus any exemptions claimed by the debtor(s). Any higher bid must be received by the trustee at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction.

I HEREBY that a true and correct copy of the foregoing has been furnished via Electronic Notice or United States Mail, postage prepaid this 2nd day of November, 2011 to all persons on a current mailing matrix attached to the original of this document.

Dated this 2nd day of November, 2011.

/s/ Leigh Richard Meininger
Leigh Richard Meininger, Esquire
Meininger & Meininger, P.A.
Post Office Box 1946
Orlando, Florida 32802-1946
Phone (407) 246-1585
Facsimile (407) 246-7101
E Mail: leigh@meiningerlaw.com
Florida Bar Number: 0765562
Attorney for Trustee